# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MAURICE HOLMES, <br> Defendant. | Case No.: 2:21-cr-00225-GMN-NJK <br> **Order Setting Hearing** <br> (Docket No. 32) |

Pending before the Court is Defendant's motion to dismiss counsel and request for the Court to appoint new counsel. Docket No. 32.

IT IS HEREBY ORDERED that the Court sets a hearing on this motion for April 6, 2022, at 10:00 a.m., in Courtroom 3C.

IT IS FURTHER ORDERED that all counsel must be present in the courtroom.

IT IS FURTHER ORDERED that, no later than March 31, 2022, counsel shall file notice on the record as to whether Defendant waives his right to personal appearance and consents to appear via video link.

IT IS SO ORDERED.

DATED: March 24, 2022.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE