1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MAURICE HOLMES,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:  2:21-cr-00225-GMN-NJK
**ORDER GRANTING**
**STIPULATION TO EXTEND**

**PRE-TRIAL MOTIONS DEADLINE**

(First Request)

IT IS HEREBY STIPULATED AND AGREED by MAURICE HOLMES, by and through his attorney, THOMAS A. ERICSSON, ESQ., of Oronoz & Ericsson, LLC, and the UNITED STATES OF AMERICA, by and through KENNETH NICHOLAS PORTZ, ESQ., Assistant United States Attorney, to vacate the current deadline for filing Pre-Trial Motions of April 22, 2022, and extend the deadline for thirty (30) days, to Monday, May 23, 2022.

The Stipulation is entered into for the following reasons:

1.    Thomas A. Ericsson, Esq., was only recently appointed as counsel for Defendant MAURICE HOLMES on April 4, 2022.

2.    Counsel for the Defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated.

3.    The Defendant is in custody and does not object to the requested extension.

4.    The Parties agree to the continuance.

5.    The additional time requested herein is not sought for purposes of undue delay.

6.      Additionally, denial of this request to extend pre-trial motion deadline could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

Dated: April 22, 2022

Respectfully submitted,

/s/                                                              /s/ *Kenneth Nicholas Portz*
Thomas A. Ericsson, Esq.                        Kenneth Nicholas Portz, Esq.
ORONOZ & ERICSSON, LLC              Assistant United States Attorney
9900 Covington Cross Drive, Suite 290   501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89144                        Las Vegas, Nevada 89101
*Attorney for Defendant Maurice Holmes*   *Attorney for the United States of America*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAURICE HOLMES,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:  2:21-cr-00225-GMN-NJK

**FINDINGS OF FACT, CONCLUSIONS**
**OF LAW, AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1.  Thomas A. Ericsson, Esq., was only recently appointed as counsel for Defendant MAURICE HOLMES on April 4, 2022.

2.  Counsel for the Defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated.

3.  The Defendant is in custody and does not object to the requested extension.

4.  The Parties agree to the continuance.

5.  The additional time requested herein is not sought for purposes of undue delay.

6.  Additionally, denial of this request to extend pre-trial motion deadline could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

3

**ORDER**

IT IS THEREFORE ORDERED that deadline to file pretrial motions currently set for April 22, 2022, is vacated and continued until May 23, 2022.

DATED AND DONE this 25th day of April, 2022.

_____
Nancy J. Koppe
United States Magistrate Judge