THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MAURICE HOLMES,<br><br>　　　　　Defendant. | CASE NO: 2:21-cr-00225-GMN-NJK<br><br>**STIPULATION TO EXTEND**<br><br>**PRE-TRIAL MOTIONS DEADLINE**<br><br>(Third Request) |

　　　IT IS HEREBY STIPULATED AND AGREED by MAURICE HOLMES, by and through his attorney, THOMAS A. ERICSSON, ESQ., of Oronoz & Ericsson, LLC, and the UNITED STATES OF AMERICA, by and through KENNETH NICHOLAS PORTZ, ESQ., Assistant United States Attorney, to vacate the current deadline for filing Pre-Trial Motions of June 6, 2022, and extend the deadline to June 20, 2022. It is further stipulated by the Parties that the Government's Reply be due on or before July 15, 2022.

　　　The Stipulation is entered into for the following reasons:

1.　　Defense counsel's law partner has been hospitalized for the last 12 days and, as a result of the severe sickness, defense counsel has been required to cover all court and case issues for the entire law firm.

2.　　Counsel for the Defendant needs additional time to finalize pre-trial motions.

3.　　The Defendant is in custody.

4.　　AUSA K. Nicholas Portz agrees to the continuance requested extension.

5.　　The additional time requested herein is not sought for purposes of undue delay.

1

6. Additionally, denial of this request to extend pre-trial motion deadline could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

Dated: June 6, 2022

Respectfully submitted,

| | |
|---|---|
| */s Thomas A. Ericsson* | */s/ Kenneth Nicholas Portz* |
| Thomas A. Ericsson, Esq. | Kenneth Nicholas Portz, Esq. |
| ORONOZ & ERICSSON, LLC | Assistant United States Attorney |
| 9900 Covington Cross Drive, Suite 290 | 501 Las Vegas Boulevard, Suite 1100 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorney for Defendant Maurice Holmes* | *Attorney for the United States of America* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MAURICE HOLMES,<br><br>　　　　　Defendant. | CASE NO: 2:21-cr-00225-GMN-NJK<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense counsel's law partner has been hospitalized for the last 12 days and, as a result of the severe sickness, defense counsel has been required to cover all court and case issues for the entire law firm.

2. Counsel for the Defendant needs additional time to finalize pre-trial motions.

3. The Defendant is in custody.

4. AUSA K. Nicholas Portz agrees to the continuance requested extension.

5. The additional time requested herein is not sought for purposes of undue delay.

6. Additionally, denial of this request to extend pre-trial motion deadline could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**ORDER**

BASED UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING, IT IS ORDERED that deadline to file pretrial motions currently set for June 6, 2022, is vacated and continued until June 21, 2022. The Government's Reply to pretrial motions shall be on or before July 5, 2022.

DATED: June 7, 2022.

_____
United States Magistrate Judge