# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>MAURICE HOLMES,<br>    Defendant. | Case No. 2:21-cr-00225-GMN-NJK<br><br>**Order Setting Hearing** |

Pending before the Court is Defendant's Motion to Suppress Evidence. Docket No. 46. The Court hereby **SETS** an evidentiary hearing on this motion for **August 1, 2022 at 1:00 p.m., in Courtroom 6D.** Defendant and all counsel are required to be present in person. *See United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000) (evidentiary hearing required where defendant demonstrates that a significant disputed factual issue exists).

IT IS SO ORDERED.

Dated: July 20, 2022.

                                                Nancy J. Koppe
                                                United States Magistrate Judge