JASON FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
JACOB OPERSKALSKI
Nevada Bar Number 14746
Assistant United States Attorney
501 Las Vegas Blvd., South, Ste. 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
jacob.operskalski@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>MAURICE HOLMES,<br><br>             Defendant. | Case No. 2:21-cr-00225-GMN-NJK-1<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |

    IT IS HEREBY STIPULATED AND AGREED, by and between, the United States of America, through the undersigned, together with Thomas A. Ericsson, counsel for Maurice Holmes that the Change of Plea Hearing currently scheduled on February 21, 2023, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

    This Stipulation is entered into for the following reasons:

    1. Undersigned government counsel will be unavailable to appear at the time of the current hearing.

    2. The defendant is in custody and defense counsel agrees to the brief continuance.

\\

1

1   3.  This is the first request to continue to Change of Plea Hearing.

2   DATED this 16th day of February, 2023.

4   JASON M. FRIERSON
United States Attorney

6   /s/ Jacob Operskalski                                   /s/ Thomas A. Ericksson
JACOB OPERSKALSKI                          THOMAS A. ERICKSSON
Assistant United States Attorney              Counsel for Defendant Maurice Holmes

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MAURICE HOLMES,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00225-GMN-NJK-1<br><br>**ORDER** |

## ORDER

Based on the pending stipulation of the parties and for good cause shown, IT IS ORDERED that the Change of Plea Hearing currently scheduled on February 21, 2023, at 10:00 a.m.. is vacated and continued to February 28, 2023 at 2:00 p.m.

DATED this  16  day of February, 2023.

_____
**UNITED STATES DISTRICT JUDGE**

3